```
             IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION


DON WAYNE McDANIEL, et al.,    )
                               )
            Plaintiffs,        )  Docket No. 05 C 1008
                               )
       vs.                     )
                               )
QWEST COMMUNICATIONS           )
CORPORATION, et al.,           )  Chicago, Illinois
                               )  July 18, 2006
            Defendants.        )  9:20 a.m.


           TRANSCRIPT OF PROCEEDINGS - Motion
      BEFORE THE HONORABLE REBECCA R. PALLMEYER


APPEARANCES:


For the Plaintiffs:      SUSMAN HEFFNER & HURST, LLP
                         BY:  MR. ARTHUR T. SUSMAN
                              MR. WILLIAM T. GOTFRYD
                         Two First National Plaza, Suite 600
                         Chicago, Illinois  60603


For the Defendant        RACHLIS, DURHAM, DUFF & ADLER, LLC
Qwest:                   BY:  MR. KEVIN B. DUFF
                         542 South Dearborn Street, Suite 900
                         Chicago, Illinois  60605


For the Defendant        PRETZEL & STOUFFER, CHARTERED
Sprint:                  BY:  MR. JAMES J. SIPCHEN
                         One South Wacker Drive, Suite 2500
                         Chicago, Illinois  60606


Court Reporter:          FRANCES WARD, CSR, RPR, FCRR
                         Official Court Reporter
                         219 S. Dearborn Street, Suite 2118
                         Chicago, Illinois  60604
                         (312) 435-5561
                         frances_ward@ilnd.uscourts.gov
```

```
 1              THE CLERK:  05 C 1008, McDaniel versus QWest
 2    Communications for status.
 3              MR. GOTFRYD:  Good morning, Judge.
 4              Bill Gotfryd and Art Susman for the plaintiffs.
 5              MR. SIPCHEN:  Good morning, your Honor.
 6              Jim Sipchen for Sprint.
 7              MR. DUFF:  Good morning, your Honor.
 8              Kevin Duff for QWest.
 9              THE COURT:  Good morning.
10              I received correspondence just to confirm, I think,
11    a comment.
12              I am sorry that, Mr. Gotfryd, you got the
13    impression I thought you should stipulate to the Court's
14    jurisdiction.  I recognize there is no way you can do that.
15    I meant that you needed to stipulate to the citizenship of
16    the various individuals and make it clear to me on the record
17    that there is jurisdiction.  And I think the defendants have
18    volunteered to do that, and I am going to direct that it
19    happen, because I am uncomfortable having the case at this
20    stage already without any clear statement of diversity
21    jurisdiction.
22              MR. GOTFRYD:  I don't have any problem with regard
23    to citizenship issues.  I just didn't want to get into a
24    paper tussle on issues of federal question, which we have
25    differences on.
```

1   My dealings with a lot of issues with some of the
2   defendants' counsel has been difficult.  And rather than get
3   involved in that, I was trying to avoid it, if I could.
4         But as far as the citizenship of the various
5   individuals and limited partnerships and the corporate lien,
6   I have no problem with that.  We will tend to that
7   immediately.
8         THE COURT:  All right.  What is our status
9   otherwise?
10        MR. GOTFRYD:  Well, we are still in settlement
11  negotiations.  The date, which we had thought we had set,
12  which was reflected in the recent correspondence of the
13  Court, for July 17th is not going to work out because QWest's
14  litigation counsel cannot make it for that session in New
15  York.
16        But it has been continued for August 7th, on
17  Monday.
18        I am not in a position to recommend odds to the
19  Court on whether or not it's going to be successful.  One
20  would say that patience is wearing quite thin, so we could
21  very well have a more decisive position right after the 7th
22  of August.
23        If the Court will indulge us to set a new status
24  hearing shortly thereafter, that probably is the best way to
25  resolving the uncertainty right now.

```
 1              THE COURT:  Status soon after August 7th?  Is that
 2   what you are suggesting?
 3              MR. GOTFRYD:  If that's agreeable to defendants.
 4              It seems to me if the Court will indulge us that
 5   way, I think that would be appropriate.
 6              THE COURT:  Sure.  August 10th all right?  That's a
 7   Thursday.
 8              MR. DUFF:  Your Honor, I am out that week.  If we
 9   can do the following week --
10              THE COURT:  How about the 15th?  That's a Tuesday.
11              All right.  August 15th at 9 o'clock.
12              MR. DUFF:  Thank you, your Honor.
13              THE COURT:  All right.
14              MR. SIPCHEN:  Thank you, your Honor.
15              MR. GOTFRYD:  Thank you very much.
16                         *   *   *   *   *
17   I certify that the foregoing is a correct transcript from the
     record of proceedings in the above-entitled matter.
18
19   /s/ Frances Ward                          February 26, 2010.
     Official Court Reporter
20   F
21
22
23
24
25
```