# EXHIBIT 6

§ 4. This act shall take effect and be in force from and after its passage.

APPROVED April 8, 1869.

---

AN ACT to amend chapter [109] of the Revised Statutes, entitled "Wills." In force March 31, 1869.

SECTION 1. *Be it enacted by the People of the State of Illinois, represented in the General Assembly,* That the widow of a deceased person shall be entitled to receive what is known as the widow's award, whether her husband died testate or intestate, and the same shall be considered and classed as number one preferred.

§ 2. This act shall take effect from and after its passage, and all acts or parts of acts in conflict with this act, are repealed.

APPROVED March 31, 1869.

## RIGHT OF WAY.

AN ACT to amend an act entitled "An act to amend the law condemning right of way for purposes of internal improvement," approved June 22, 1852. In force March 8, 1869.

SECTION 1. *Be it enacted by the People of the State of Illinois, represented in the General Assembly,* That the proviso at the end of section five of "An act amending the law condemning right of way for purposes of internal improvement," approved June 22, 1852, and sections nineteen and twenty of the same act, be and the same are hereby repealed.

§ 2. The provisions of this act and of the act to which this is an amendment, shall apply to all proceedings for the condemnation of lands by any railroad company heretofore incorporated, or which may hereafter be incorporated, except such proceedings as have been already commenced and are now pending.

§ 3. This act shall be in force from and after its passage.

APPROVED March 8, 1869.