# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 05 C 1008 | **DATE** | 8/26/2011 |
| **CASE TITLE** | Don Wayne McDaniel, et al vs. QWest Communications Corporation, et al | | |

**DOCKET ENTRY TEXT**

Final Approval Hearing held on 4/8/2011. Motion for Final Approval and Award of Attorneys' Fees and Expenses (274) is granted. Objections are overruled, but the court understands that lead counsel will work with the objectors to address their concerns including, specifically, assisting objecting property owners to identify the person(s) to be contacted in the event of failure to maintain easement property. Motion for leave to file surreply in opposition to registry motion (290) granted. Motion to allow non-compliant exclusion requests (292) is granted. The court approves the sum of fees requested and directs that the money be deposited with the U.S. Bank of New York pursuant to the escrow agreement negotiated by Ms. Kauffman. Parties are expected to proceed pursuant to the arbitration/mediation agreement [signed by all but two attorneys involved in this case] concerning allocation of those fees. Should disputes remain after the conclusion of that process, the court anticipates appointment of Wayne R. Andersen as a Special Master pursuant to FED. R. CIV. P. 53 to make a report and recommendation concerning those disputes. Motion for payment of incentive awards to class representatives (278) is granted. Parties to submit draft orders memorializing these rulings. Status hearing set for 10/14/2011 at 10:00 AM.

Notices mailed by Judicial staff.

01:34

| | Courtroom Deputy Initials: | ETV |
|---|---|---|